**Order entered January 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01263-CV

## MARK JORDAN, Appellant

## V.

## JP BENT TREE, LP, JP ABERDEEN PARTNERS, LP, JP-2400 LAKESIDE, LP, RE CLOSING, LLC, AND JP-LAKESIDE JOINT VENTURE, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07168**

## ORDER

Before the Court is appellees' January 21, 2020 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 28, 2020. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE